# LAW OFFICES OF VICTOR SHERMAN

**VICTOR SHERMAN**

A PROFESSIONAL LAW CORPORATION
2115 MAIN STREET
SANTA MONICA, CALIFORNIA 90405
TELEPHONE (310) 399-3259
FAX (310) 392-9029



RECEIVED & FILED
2016 APR 18 PM 4: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

April 12, 2016

Clerk of the Court
United States District Court
150 Carlos Chardon Street
San Juan, Puerto Rico 00918-1767

Attention: Clerk for the Hon. Juan M. Perez-Gimenez

      Re:    United States v. Kemel
              Case No.: CR 12-922

Dear Sir/Madam:

      Please be advised that on February 24, 2016 my office filed a Motion Requesting Order to Exonerate Bond and Return of Passport on behalf of my client, Mr. Kemel (Docket No.: 1190). To date, nothing has been docketed on PACER with regard to accepting or denying the above request. My assistant has called the Courtroom Deputy on several occasions, but has not received a returned telephone call.

      Please advise as to whether or not you will be issuing an Order to exonerate the bond and returning the defendant's passport.

      Thank you for your attention to this matter.

                             Yours very truly,

                             VICTOR SHERMAN

VS/ls