# LAW OFFICES OF VICTOR SHERMAN

A PROFESSIONAL LAW CORPORATION
2115 MAIN STREET
SANTA MONICA, CALIFORNIA 90405



RECEIVED & FILED

2016 APR 18 PM 4: 46

Clerk of the Court
United States District Court
150 Carlos Chardon Street
San Juan, Puerto Rico 00918-1767

ATTENTION: CLERK FOR THE HON. JUAN M. PEREZ-GIMENEZ